RAYMOND A. PETTINGILL et al., Respondents, *v.* STREG, INC., et al., Appellants.

Submitted May 14, 1951; decided May 24, 1951.

*Abraham Schlissel* for motion.

*Philip J. O'Brien* and *John G. Coleman* opposed.

Motion denied, with $10 costs and necessary printing disbursements.